```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CARLOS SPENCER / ISHWAN MASON,

                    Petitioner,                ORDER

           - against -                         09 Civ. 5191 (NRB)
                                               06 Cr. 80 (NRB)
UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** petitioner Carlos Spencer on June 3, 2009 filed a habeas petition pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence; and

**WHEREAS** on March 30, 2011 we denied petitioner's habeas petition; and

**WHEREAS** on July 26, 2012 petitioner filed a Rule 60(b)(6) motion seeking relief from our judgment on his habeas petition or, in the alternative, a writ of <u>audita querela</u>; and

**WHEREAS,** by Memorandum and Order of May 30, 2013, we construed the July 26 motion as a second or successive habeas petition and gave notice to petitioner that he had 30 days to either withdraw his motion or have it certified to the Second Circuit as a second or successive habeas petition; and

**WHEREAS** on September 18, 2013 petitioner responded to this Court's May 30 Memorandum and Order with the pending submission, which reargues his July 26 motion and refuses to make the election required by our prior order; it is hereby

**ORDERED** that in accordance with our May 30 Memorandum and Order, Mr. Spencer shall be given a final opportunity to inform the Court within 30 days as to whether he wishes to withdraw his habeas petition; and it is further

**ORDERED** that if Mr. Spencer fails to notify the Court within 30 days that he wishes to withdraw his petition, we will treat it as second or successive habeas petition and certify it to the Second Circuit.

Dated:    New York, New York
          July 24, 2014

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Julian J. Moore, Esq.
John T. Zach, Esq.
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Carlos Spencer
Reg. #53401-054
Moshannon Valley CI
555 Geo Drive
Phillipsburg, PA 16866